IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-40043–001-JLF |
| ) | |
| MICHAEL L. ALDEN (001), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**FOREMAN, District Judge:**

Before the Court is Magistrate Judge Wilkerson's Report and Recommendation, (Doc. 902), recommending that various motions filed by defendant Michael L. Alden, (Docs. 728,745,815,816,843), be denied. The Clerk of the Court has informed the parties of their right to file objections and of the consequences of not doing so in a timely fashion. Defendant Alden has filed an objection in this matter, thus, the Court will conduct a *de novo* review of the motions.

Upon a *de novo* review, the Court **ADOPTS** the Report and Recommendation (Doc. 902). Defendant Alden's motion for writ of habeas corpus ad subjiceindum, (Doc. 728), motions for response to writ of habeas corpus ad subjiciendum, (Docs. 745,816), motion for proof of validity of the indictment, (Doc. 815), and information for all attorneys which is construed as a motion to dismiss, (Doc. 843), are **DENIED**.

IT IS SO ORDERED.	*s/ James L. Foreman*
DATED: June 21, 2006.	**DISTRICT JUDGE**